UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DIANE ZUPO,

    Plaintiff,

v.                                              CASE NO. 8:15-cv-2495-T-23MAP

R.J. REYNOLDS TOBACCO
COMPANY, et al.,

    Defendants.
_____/

**ORDER**

An order (Doc. 17) referred for report and recommendation the plaintiff's motion (Doc. 15) to remand this action to the Circuit Court for Hillsborough County and motion (Doc. 15) for and attorney's fee. The magistrate judge recommends (Doc. 19) granting the motion to remand and denying the motion for an attorney's fee. The defendants object (Doc. 20) to the report and recommendation. After a *de novo* review and in accord with the rulings of my colleagues in the related cases, the report and recommendation (Doc. 19) is **ADOPTED**, and the defendants' objection (Doc. 20) is **OVERRULED**. The plaintiff's motion (Doc. 15) to remand is **GRANTED**, and the plaintiff's motion (Doc. 15) for an attorney's fee is **DENIED**. The clerk is directed to remand this action to the Circuit Court for Hillsborough County and to close the case.

ORDERED in Tampa, Florida, on June 28, 2016.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE